UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEONARD WESTON BYERS, JR., | Case No.  C04-5765RBL |
| Plaintiff, | |
| v. | ORDER DISMISSING PETITION PURSUANT TO LOCAL RULE CR 41 |
| TACOMA POLICE DEPARTMENT, *et al*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's petition is DISMISSED without prejudice;

(3)     The Clerk is directed to terminate this action pursuant to Local Rule CR 41; and

(4)     The Clerk is directed to send copies of this Order to petitioner and the Hon. Karen L. Strombom.

DATED this 20th day of April, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1